IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:22-CV-256-FL

IJEOMA NWANKO,

    *Plaintiff*,

v.

WALMART STORES, INC.; WALMART STORES EAST, LP; JOHN DOES; JANE DOES; BROSNAN RISK CONSULTANTS, LTD.; BRENT LOVETT; GARNER POLICE DEPARTMENT; JOSEPH BINNS, Retired Chief of Police in his individual and official capacity; ANDRE GUFFEY, Sergeant, in his individual and official capacity; KEVIN PENA, Officer, in his individual and official capacity; and SCOTT KLEIN, Officer, in his individual and official capacity,

    *Defendants*.

ORDER

On the mutual request and consent of the Parties:

    IT IS HEREBY ORDERED:

1. that all proceedings and deadlines in this matter, including, but not limited to the deadlines set forth in the Court's November 20, 2023 "Order Granting Motion to Amend the Case Management Schedule" (Dkt. No. 66) be stayed for a period of 60 days from the date hereof ("Stay"); and

2. that during the 60-day period of the Stay the Parties shall engage in mediation before a mutually selected mediator; and

3. that upon expiry of the Stay the parties shall submit a joint letter informing the Court of the progress of any settlement negotiations; and

4. that upon expiry of the Stay, if the parties were unable to settle this matter, the parties shall submit a Proposed Case Management Schedule; and

5. that any request for an extension of the Stay be made no less than 5 business days before the expiry of the Stay.

Signed: 3/22/24

                                        LOUISE W. FLANAGAN
                                      United States District Judge